IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROY BERNARD FLOWERS                                                      PLAINTIFF

v.                           NO: 4:17CV0743 JLH

ROSEMARY PERRY                                                           DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 7th day of December, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE